No. 86–212. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–227. RIDLEY v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–252. ALOHA AIRLINES, INC. v. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO. C. A. 9th Cir. Certiorari denied.

No. 86–256. DOE v. A CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–289. EALEY, PERSONAL REPRESENTATIVE OF EALEY, ET AL. v. CITY OF DETROIT ET AL. Ct. App. Mich. Certiorari denied.

No. 86–342. MANDHARE v. W. S. LAFARGUE ELEMENTARY SCHOOL ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–368. RAFFAELLI v. BOARD OF FIRE AND POLICE COMMISSIONERS OF THE VILLAGE OF JUSTICE, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–371. IRVIN ET AL. v. RABUN COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–373. FLANAGAN ET AL. v. PRUDENTIAL-BACHE SECURITIES, INC. Ct. App. N. Y. Certiorari denied.

No. 86–374. FLORIDA v. SCOTT. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 86–385. DAIG CORP. v. MEDTRONIC, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 86–387. HOWARD ELECTRICAL & MECHANICAL, INC. v. BAKER INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied.

No. 86–392. GORDON ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.